PAUL, HASTINGS, JANOFSKY & WALKER LLP
BETTY M. SHUMENER, SB# 137220
HENRY H. OH, SB# 187127
555 South Flower Street, 23RD Floor
Los Angeles, California 90071-2371
Telephone: (213) 683-6000
Facsimile: (213) 627-0705

PAUL, HASTINGS, JANOFSKY & WALKER LLP
PETER M. STONE, SB# 157994
JAY C. GANDHI, SB# 192613
695 Town Center Dr., Suite 1700
Costa Mesa, CA 92626
Telephone: (714) 668-6200
Facsimile: (714) 979-1921

Attorneys for Plaintiffs
BIJAN FRAGRANCES, INC. and
BIJAN PAKZAD

JS6

FILED
CLERK, U.S. DISTRICT COURT
JAN 6 1999
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

ENTERED
CLERK, U.S. DISTRICT COURT
JAN - 8 1999
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

BIJAN FRAGRANCES, INC., a California corporation; and BIJAN PAKZAD, an individual,

Plaintiffs,

vs.

JERUDONG PARK HOTEL SDN. BHD, trading as JERUDONG PARK RESIDENCE of Brunei Darussalam, a private limited company of Brunei Darussalam; AMEDEO CORPORATION SDN. BHD, an unknown entity; HAJI JEFRI BOLKIAH, an individual; HAJI HAKEEM BOLKIAH, an individual; HAJI MOHAMMAD JUNAIDI ABDUL RAHMAN, an individual; and DOES 2 through 50, inclusive,

Defendants.

) CASE NO. 98-9182 AAH (RZx)
)
) STIPULATION AND [PROPOSED]
) ORDER REMANDING ACTION TO
) LOS ANGELES COUNTY
) SUPERIOR COURT AND
) ESTABLISHING RESPONSE DATE
) OF JANUARY 11, 1999 UPON
) REMAND

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.
DATED: 1-8-99
_____
DEPUTY CLERK

✓ DOCKETED
✓ MLD COPY PTYS
___ MLD NOTICE PTYS
✓ JS-6

OC/135125.2

JAN - 8 1999
ENTERED ON ICMS

Plaintiffs Bijan Fragrances, Inc. and Bijan Pakzad ("Plaintiffs") and defendants Jerudong Park Hotel SDN.BHD and Amedeo Corporation SDN.BHD ("Defendants") hereby stipulate that the Court be requested to enter an order with respect to the following facts:

## FACTS

1. On July 2, 1998, Plaintiffs filed this action in the Los Angeles Superior Court in the form of a complaint entitled <u>Bijan Fragrances, et al. v. Jerudong Park Hotel, et al.</u>, Case No. BC 193699, against Defendants and also against defendants Haji Jefri Bolkiah, Haji Hakeem Bolkiah, Haji Mohammad Junaidi Abdul Rahman, for breach of contract, breach of the implied covenant of good faith and fair dealing, specific performance, promissory estoppel, declaratory relief, intentional interference with prospective economic advantage, and negligent interference with prospective economic advantage (the "Action").

2. On November 13, 1998, Defendants filed a Notice of Removal of the Action pursuant to 28 U.S.C. section 1441(b).

3. On December 10, 1998, Plaintiffs filed a Motion for Remand Action to State Court Or, In The Alternative, To Order Limited Discovery And A Further Hearing on The Remand Issue.

4. Defendants have now agreed that the Action should be remanded to Los Angeles County Superior Court. Accordingly, the parties wish to stipulate to have the Action remanded to Los Angeles County Superior Court.

1     5. This Court has granted an extension of time for Defendants to respond to the Complaint, which response is to be filed no later than December 21, 1998.

    6. The parties wish to stipulate that the response of Defendants to the Complaint once remanded to Los Angeles Superior Court shall be January 11, 1999.

    NOW, THEREFORE, the Plaintiffs and Defendants, by and through their counsel of record, hereby stipulate that the Court be requested to enter an Order as follows:

    1. The Action is remanded to Los Angeles County Superior Court.

    2. Upon remand, Defendants' response to the Complaint shall be due on or before January 11, 1999.

Dated: December 21, 1998

PAUL, HASTINGS, JANOFSKY & WALKER LLP
BETTY M. SHUMENER
HENRY H. OH

PAUL, HASTINGS, JANOFSKY & WALKER LLP
PETER M. STONE
JAY C. GANDHI

By: _____
    Peter M. Stone

Attorneys for Plaintiffs
Bijan Fragrances, Inc. and Bijan Pakzad

OC/135125.2

-3-

Dated: December 18, 1998

IRELL & MANELLA, LLP
RICHARD B. KENDALL
ALEXANDER F. WILES
JOSEPH M. FREEMAN

By: *Joseph M Freema*
Joseph M. Freeman

Attorneys for Defendants Jerudong Park Hotel SDN.BHD and Amedeo Corporation SDN.BHD

## ORDER

This Court, having read and considered the above stipulation of the Plaintiffs and Defendants, and good cause appearing therefor,

IT IS HEREBY ORDERED that this matter be remanded to the Los Angeles County Superior Court forthwith.

IT IS FURTHER ORDERED that Defendants shall have until January 11, 1999 to file a response to the Complaint in the Los Angeles County Superior Court.

Dated: January 6, 1999

*A. Andrew Hauk*
HON. A. ANDREW HAUK
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

-4-

## PROOF OF SERVICE

STATE OF CALIFORNIA      )
                         ) ss:
COUNTY OF ORANGE         )

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is Paul, Hastings, Janofsky & Walker LLP, Seventeenth Floor, 695 Town Center Drive, Costa Mesa, California 92626-1924.

On December 21, 1998, I served the foregoing document(s) described as:

**STIPULATION AND [PROPOSED] ORDER REMANDING ACTION TO LOS ANGELES COUNTY SUPERIOR COURT AND ESTABLISHING RESPONSE DATE OF JANUARY 11, 1999 UPON REMAND**

on the interested parties, by placing a true and correct copy thereof in a sealed envelope(s) addressed as follows:

Richard B. Kendall, Esq.
Alexander F. Wiles, Esq.
Joseph M. Freeman, Esq.
Irell & Manella LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067

VIA U.S. MAIL:

[ ] I deposited such envelope(s) with postage thereon fully prepaid, in the United States mail at Costa Mesa, California.

[X] I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice such envelope(s) would be deposited with the U.S. postal service on December 21, 1998 with postage thereon fully prepaid, at Costa Mesa, California.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on December 21, 1998, at Costa Mesa, California.

_____
Laina Anderson